## UNITED STATES DISTRICT COURT
<u>　Eastern　</u> District of <u>　California　</u>

AMENDED JUDGMENT

UNITED STATES OF AMERICA

V.

Case Number: <u>6:06-mj-00105-WMW</u>

Scott Schalles

<u>Stephen Betz, A.F.D.</u>
Defendant's Attorney

*THE DEFENDANT:*

[X]　　Pleaded guilty to counts <u>ONE</u>.

　　*Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:*

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| 36 CFR 4.2 CVC 14601 | Driving While License Suspended | One | 10/14/2006 |

*The defendant is sentenced as provided in pages 2 through 2 of this Judgment.*

*It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.*

*Defendant's Soc. Sec. Number:*
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

*Defendant's mailing address:*

1727 Tully Rd.
Modesto, CA 92328

*Defendant's residence address:*

Modesto, CA 92328

February 6, 2007
*Date of Imposition of Sentence*

*/s/ William M. Wunderlich*
*Signature of Judicial Officer*

William M. Wunderlich
U.S. Magistrate Judge
*Name and Title of Judicial Officer*

Date: 2-15-07

*Judgment--Page  2  of  2*

*Defendant:* Scott Schalles
*Case Number:* 6:06-mj-00105-WMW

## PROBATION

*The defendant is hereby placed on unsupervised probation for a term of:*

12 Months.

*While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess controlled substances.  The defendant shall comply with the following additional conditions:*

*1.  Serve 7 days custody pursuant to 18 USC 3563(b)(10). Defendant is ordered to report to the institution designated by the Bureau of Prisons, and failing a designation, to the U.S. Marshal's Office, Fresno, California, by 2:00 p.m. on April 6, 2007.   The Court recommends that the defendant be placed in facility near Chico, CA. The court also recommends that defendant be allowed to serve custody on weekends.*

*2. The defendant shall pay a fine of $1175 and a penalty assessment of $30.0 for a total of $1205. Payment  shall be forwarded to The Clerk's Office, 501 "I" St. Sacramento, CA 95814-2322.*

*3.The defendant shall perform 100 hours of community service within 6 months. Proof of community service shall be filed with court by 8/6/2007 through his attorney.*

*4. The defendant shall not drive a vehicle unless the vehicle is properly insured and registered.*

*5. The defendant shall no drive a vehicle with out a valid driver's license.*